UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>APPLICATION OF OLGA KURBATOVA FOR AN ORDER UNDER 28 U.S.C. § 1782 TO TAKE DISCOVERY FROM LYXOR ASSET MANAGEMENT INC. AND ELLIOT DANILOFF | Case No. _____ |

**[PROPOSED] ORDER**

Upon consideration of the *Ex Parte* Application And Petition For An Order Under 28 U.S.C. § 1782 To Take Discovery From Lyxor Asset Management Inc. and Elliot Daniloff (the "Application"), submitted by Olga Kurbatova ("Applicant"), and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that

(1) the Application is granted;

(2) Applicant is authorized to serve the subpoena annexed as Exhibit 1 to the declaration of Jonathan Cogan upon Lyxor Asset Management Inc.;

(3) Applicant is authorized to serve the subpoena annexed as Exhibit 2 to the declaration of Jonathan Cogan upon Elliot Daniloff; and

(4) Lyxor Asset Management Inc. and Elliot Daniloff are directed to respond to such subpoenas pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED**
Date: _____, 2018
_____
United States District Judge